1470-3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO FINANCIAL INC., successor to NORWEST FINANCIAL ILLINOIS INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05 C 4192 |
| DAVID DAUM, CAROL C. DAUM, EARL W. GSWELL & CO., UNKNOWN OWNERS and NON-RECORD CLAIMANTS, | ) ) ) ) | Judge Grady |
| Defendants. | ) | |

## MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES Plaintiff, WELLS FARGO FINANCIAL INC., successor to NORWEST FINANCIAL ILLINOIS INC., ("herein referenced as "Wells Fargo".) by and through its attorney Patrick J. McCann of Noonan & Lieberman, Ltd., hereby moves this Court of entry of a Judgment of Foreclosure and Sale against the Defendants, David Daum, Carol C. Daum.

Respectfully submitted,

s/Patrick J. McCann
One of the Attorney's for the Plaintiff,
WELLS FARGO FINANCIAL INC., successor to NORWEST FINANCIAL ILLINOIS INC.,

James V. Noonan
Patrick J. McCann
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455
#6275478

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Motion for Judgment of Foreclosure was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys via U.S. Mail:

>David Daum
>Carol Daum
>41 Pierce Road
>Highland Park, IL 60035

on June 6, 2007.

s/Patrick J. McCann

James V. Noonan
Mitchell A. Lieberman
Patrick J. McCann
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455
#6275478