IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO FINANCIAL INC., successor to | ) | |
| NORWEST FINANCIAL ILLINOIS INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 C 4192 |
| | ) | |
| DAVID DAUM, CAROL C. DAUM, | ) | Judge Grady |
| EARL W. GSWELL & CO., WELLS FARGO | ) | |
| FINANCIAL BANK A.S.D. STATE | ) | |
| CHARTERED BANK F/K/A NORWEST | ) | |
| FINANCIAL DIAL BANK, CAPITAL ONE | ) | |
| BANK, THE UNITED STATE OF AMERICA | ) | |
| Defendants. | ) | |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES Plaintiff, WELLS FARGO FINANCIAL INC., successor to

NORWEST FINANCIAL ILLINOIS INC., by and through its attorney, Patrick J.

McCann of Noonan & Lieberman, Ltd., hereby moves this Court of entry of a Judgment

of Foreclosure and Sale against the Defendants, DAVID DAUM, CAROL C. DAUM,

WELLS FARGO FINANCIAL BANK, A.S.D STATE CHARTERED BANK F/K/A

NORWEST FINANCIAL DIALBANK, CAPITAL ONE BANK, EARL W. GSELL &

CO. and the UNITED STATES OF AMERICA. In support thereof, Plaintiff states the

following.

1.      On September 11, 2007, an Order of Summary Judgment was entered byu

this Court against Defendants, DAVID DAUM and CAROL C. DAUM.

2.      On December 12, 2007, an Order of Default was entered against

Defendant, WELLS FARGO FINANCIAL BANK, A.S.D STATE CHARTERED

BANK F/K/A NORWEST FINANCIAL DIALBANK.

3.     On December 12, 2007, an Order of Default was entered against Defendant, CAPITAL ONE BANK.

4.     Simultaneous with the filing of this instant motion, Plaintiff, by way of separate motion is seeking an Order of Default against EARL W. GSELL & CO. for its failure to file an answer of appear.

5.     Defendant, UNITED STATES OF AMERICA has stipulated to the entry of Judgment of Foreclosure and Sale. (Stipulation of entry of Judgment of Foreclosure and Sale is attached hereto as Exhibit "1".)

6.     Attached hereto as Exhibit "2" is Plaintiff's prove-up affidavit in support of the amounts due and owning to Plaintiff.

7.     Attached hereto as Exhibit "3" is Plaintiff's prove-up affidavit in support of its attorney fees as allowed under the terms of the Note and Mortgage.

WHEREFORE, Plaintiff, WELLS FARGO FINANCIAL INC., successor to NORWEST FINANCIAL ILLINOIS INC., hereby moves this Court for entry of Judgment of Foreclosure and Sale against the Defendants, DAVID DAUM, CAROL C. DAUM, WELLS FARGO FINANCIAL BANK, A.S.D STATE CHARTERED BANK F/K/A NORWEST FINANCIAL DIALBANK, CAPITAL ONE BANK, EARL W. GSELL & CO. and the UNITED STATES OF AMERICA.

Respectfully submitted,

 /s/  Patrick J. McCann
One of the Attorneys for Plaintiff

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Patrick J. McCann #6275478
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603

312-431-1455

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Filing was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

>Joel Nathan
>U.S. Attorney's Office
>219 S. Dearborn Street, Suite 500
>Chicago, IL  60604

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Filing was served upon the named parties at said addresses in a properly addressed, postage pre-paid envelope and deposited same in a U.S. Mailbox at 105 W. Adams, Chicago, Illinois:

David Daum
41 Pierce Road
Highland Park, IL  60035

Carol C. Daum
41 Pierce Road
Highland Park, IL  60035

Wells Fargo Financial Bank,
A.S.D State Chartered Bank F/K/A Norwest Financial Dialbank
Attn: Mia Winters-Smith
33 N. LaSalle, Suite 2320
Chicago, IL  60604

Capital One Bank
Attn: Rene Nordquist Registered Agent
11 S. 12th Street

Richmond, VA  23219

Earl W. Gsell & Co.
Attn: Ceasar A. Garibaldi, Registered Agent
4012 Brittany Ct.
Northbrook, IL  60062

on  January 11, 2008  at or before 5:00 p.m.

Respectfully submitted,

 /s/  Patrick J. McCann
One of the Attorneys for Plaintiff

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Patrick J. McCann #6275478
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois  60603
312-431-1455